UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      -vs-<br><br>Ho K. Yu<br><br>      Defendant(s), | 12 CR 24 (KSH)<br><br>**ORDER OF REFERRAL** |

      The defendant, <u>Ho K. Yu</u>, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

                                                    **SO ORDERED.**

Dated: 1/9/12

                                                    United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)